UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK FRANCIS BRUCE, | Case No.  25-cv-01297-YGR   (AGT) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| | Re: Dkt. No. 90 |
| ANGEL D. GARCIA, et al., | |
| Defendants. | |

Plaintiff Jack Francis Bruce (Plaintiff) seeks relief under Federal Rule of Civil Procedure 36(b) regarding Requests for Admission Nos. 1, 2, 8–18, and 20–24, which were deemed admitted after Plaintiff served his responses one day late. Dkt. 90 at 2–4. Defendant Rodeo Hercules Fire Protection District (Defendant) does not oppose.[1] *Id.* at 4. Finding no prejudice to Defendant and that withdrawal of the deemed admissions would promote adjudication of the case on the merits, the Court grants relief. *See* Fed. Civ. P. 36(b). Plaintiff's responses, executed on February 28, 2026, are now the operative responses to Defendant's Requests for Admission Nos. 1, 2, 8–18, and 20–24.

**IT IS SO ORDERED.**

Dated: March 20, 2026

_____
Alex G. Tse
United States Magistrate Judge

---

[1] Defendant does not waive its challenges to the merits of Plaintiff's objections and reserves its right to move to compel further discovery responses. Dkt. 90 at 4 & n.1.