United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**JACK FRANCIS BRUCE,**

Plaintiff,

v.

**ANGEL D. GARCIA ET AL.,**

Defendants.

Case No.: 4:25-cv-01297-YGR

**ORDER CONDITIONALLY CLOSING THE CASE UPON NOTICE OF SETTLEMENT**

Re: Dkt. No. 92

The parties to this action, in a conference held by Magistrate Judge Sallie Kim, have agreed to settlement. (Dkt. No. 92.)

Based thereon, this matter is **CONDITIONALLY DISMISSED** and any hearings and deadlines in this matter are **VACATED.**

It is further **ORDERED** that if the parties do not file a stipulation of dismissal with prejudice by **June 30, 2026,** following the execution of a settlement agreement and compliance with its terms, either party may request that this Order be vacated, and the case be reopened and restored to the calendar for further proceedings.

**IT IS SO ORDERED.**

Dated: May 5, 2026

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**