Craig M. Peters (SBN 184018)
**ALTAIR LAW**
465 California Street, 5th Floor
San Francisco, CA 94104-3313
Telephone: (415) 988-9828
Email: cpeters@altairlaw.us

David L. Fiol (SBN 203546)
dfiol@brentfiol.com
Zahra Parekh (352906)
zparekh@brentfiol.com
**BRENT & FIOL, LLP**
1000 Fourth Street, Suite 580
San Rafael, CA 94901
Telephone: (415) 839-8370
*Attorneys for Plaintiff Jack Francis Bruce*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK FRANCIS BRUCE,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HERCULES, OFFICER ANGEL GARCIA, OFFICER MICHAEL THOMPSON, OFFICER JOSHUA GOLDSTEIN, DANIEL COLLYER, RODEO-HERCULES FIRE PROTECTION DISTRICT, and DOES 1-20,<br><br>Defendants. | Case No. 25-cv-01297-YGR<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANTS CITY OF HERCULES, OFFICER ANGEL GARCIA, OFFICER MICHAEL THOMPSON, OFFICER JOSHUA GOLDSTEIN AND ~~[PROPOSED]~~ ORDER** |

Pursuant to the settlement of this action (ECF No. 92) and satisfaction of the terms of the agreement between Plaintiff Jack Francis Bruce and Defendants CITY OF HERCULES, OFFICER ANGEL GARCIA, OFFICER MICHAEL THOMPSON, OFFICER JOSHUA GOLDSTEIN, Plaintiff hereby dismisses this action with prejudice as to CITY OF HERCULES, OFFICER ANGEL GARCIA,

OFFICER MICHAEL THOMPSON, OFFICER JOSHUA GOLDSTEIN pursuant to Federal Rule of Civil Procedure 41, with each side to bear its own fees and costs.

**IT IS SO STIPULATED**

Dated: July 9, 2026

**BRENT & FIOL, LLP**

David L. Fiol
*Attorneys for Plaintiff Jack Bruce*

Dated: July 9, 2026

**BERTRAND, FOX, ELLIOT, OSMAN & WENZEL**

By: Richard Osman
*Attorneys for Defendants City of Hercules, Officer Angel Garcia, Officer Michael Thompson, and Officer Joshua Goldstein*

**~~[PROPOSED]~~ ORDER**

The Court, having reviewed the above stipulation and finding good cause, pursuant to Federal Rules of Civil Procedure, Rule 41, it is ORDERED that this action is dismissed with prejudice as to all claims and causes of action against Defendants City of Hercules, Officer Angel Garcia, Officer Michael Thompson, and Officer Joshua Goldstein, with each side to bear its own fees and costs. As plaintiff's claims now have been dismissed against all defendants, this action is fully and finally dismissed.

IT IS SO ORDERED.

DATED: July 9, 2026

HON. YVONNE GONZALEZ ROGERS
CHIEF UNITED STATES DISTRICT JUDGE